UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GERALD R. MOORE,

     Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resided here when the violative conduct occurred and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, GERALD R. MOORE, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, MERCHANTS CREDIT GUIDE COMPANY, is a corporation and citizen of the State of Illinois with its principal place of business at Suite 400, 223 West Jackson Boulevard, Chicago, Illinois 60606.

## FACTUAL ALLEGATIONS

5.      Defendant, or another party acting on its behalf, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

6.      Plaintiff initially believed Defendant was attempting to contact him, but has since determined that Defendant was attempting to call some other person.

7.      None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8.      Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9.      Plaintiff incorporates Paragraphs 1 through 8.

10.     Defendant, or another party acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic

telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C §
227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of
Plaintiff and against Defendant for:

a.   Damages;

b.   a declaration that Defendant calls violate the TCPA;

c.   a permanent injunction prohibiting Defendants from placing
non-emergency calls to the cellular telephone of any person using an
automatic telephone dialing system or pre-recorded or artificial voice;
and

d.   Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658