UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60554-Civ-Dimitrouleas/Snow

GERALD R. MOORE,

    Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY,

    Defendant.
_____/

**FIRST AMENDED COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resided here when the violative conduct occurred and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, GERALD R. MOORE, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, MERCHANTS CREDIT GUIDE COMPANY, is a corporation and citizen of the State of Illinois with its principal place of business at Suite 400, 223 West Jackson Boulevard, Chicago, Illinois 60606.

## FACTUAL ALLEGATIONS

5. From approximately June 2008 to August 2008, Defendant left multiple messages using a pre-recorded or artificial voice on Plaintiff's cellular telephone number.

6. Defendant, or another party acting on its behalf, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

7. Plaintiff initially believed Defendant was attempting to contact him, but has since determined that Defendant was attempting to call some other person.

8. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

9. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

10. Plaintiff incorporates Paragraphs 1 through 9.

11. Defendant, or another party acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic

telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

    By: s/ Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60554-Civ-Dimitrouleas/Snow

Gerald R. Moore,

    Plaintiff,

v.

Merchants Credit Guide Company

    Defendant.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on June 14, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                           s/Donald A. Yarbrough
                                                                          Donald A. Yarbrough, Esq.

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 400
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF