UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60554-Civ-Dimitrouleas/Snow

GERALD R. MOORE,

    Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The parties have reached a settlement which requires Defendant to make monthly payments with the final payment due February 5, 2013. The parties request the Court retain jurisdiction to re-open the case should Defendant fail to make the payment.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Barbara Fernandez, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Hinshaw & Culbertson, LLP |
| Fort Lauderdale, Florida 33339 | Suite 400 |
| Telephone: 954-537-2000 | 2525 Ponce de Leon Boulevard |
| Facsimile: 954-566-2235 | Coral Gables, FL 33134 |
| | Telephone: 305-428-5031 |
| | Facsimile: 305-577-1063 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Barbara Fernandez |
| Donald A. Yarbrough, Esq. | Barbara Fernandez, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60554-Civ-Dimitrouleas/Snow

GERALD R. MOORE,

    Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Donald A. Yarbrough
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 400
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60554-Civ-Dimitrouleas/Snow

GERALD R. MOORE,

    Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE \_\_\_ ), The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE, however, should Defendant fail to make the agreed upon payments, either party may re-open the case for the purpose of enforcing the parties' settlement agreement.

DONE AND ORDERED in the Southern District of Florida this \_\_\_\_\_ day of _____, 2012.

                                              _____
                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Barbara Fernandez, Esq., Counsel for Defendant