UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60554-CIV-DIMITROULEAS

GERALD R. MOORE,

　　Plaintiff,

vs.

MERCHANTS CREDIT GUIDE COMPANY,

　　Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 28], filed on December 12, 2012.  The Court has carefully considered the Stipulation, notes the signature of counsel for both sides, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 28] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear their own fees and costs except as otherwise agreed and Plaintiffs are responsible for all liens, assignments, or subrogated interests;

4. Though the parties asked the Court to retain jurisdiction to enforce the settlement agreement, the Court lacks the power to do so.  See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

  5. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of December, 2012.

               WILLIAM P. DIMITROULEAS
               United States District Judge

Copies furnished to:

Counsel of Record